```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   Kevin Marshall Agrava
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-cr-00301 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE AND ORDER |
| v. | ) |
| | ) Date: November 28, 2011 |
| KEVIN MARSHALL AGRAVA, | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Kevin Marshall Agrava, that the date for status conference may be continued to November 28, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is November 21, 2011, at 1:00 p.m. The requested new date is November 28, 2011, at 1:00 p.m.**

The upcoming status conference was originally scheduled for Friday, November 18, 2011. The matter was moved to November 21, 2011 when the court's law and motion calendar was changed from Mondays to Fridays. Defense counsel hopes to be out of the office on November 21, 2011. A short continuance is requested to allow for continuity of counsel.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason,

the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 14, 2011     By /s/ Brian Enos
                                BRIAN ENOS
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 14, 2011     By /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                Kevin Marshall Agrava

# O R D E R

**Good cause stated.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   November 15, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE